AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Santoro, Frank J. | U. S. Bankruptcy Court, EDVA | 08/05/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

600 Granby Street
Norfolk, Virginia 23510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia Bar Association | 04/17/2015 to 04/18/2015 | Duck, NC | To appear at professional education seminar | Transportation and lodging |
| 2. | Erie County Bar Association | 07/23/2015 to 07/24/2015 | Erie, PA | To appear at professional education seminar | Food, lodging, and transportation |
| 3. | Virginia Continuing Legal Education | 09/17/2015 to 09/18/2015 | Charlottesville, VA | To appear at professional education seminar | Food, lodging, and transportation |
| 4. | Allegheny County Bar Association | 12/03/2015 to 12/04/2015 | Pittsburgh, PA | To appear at professional education seminar | Transportation and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Farm, 1/2 interest, Isle of Wight County, Virginia July 03 | | None | N | W | | | | | |
| 2. FSNC, LLC, 88% Membership Interest | | None | N | W | | | | | |
| 3. Geeks on Call, Convertible Preferred Stock | | None | J | W | | | | | |
| 4. Waterside Capital Corporation | | None | J | T | | | | | |
| 5. Ivy Asset Strategy Fund Class A | D | Int./Div. | | | Sold | 01/28/15 | L | | |
| 6. New Perspective Fund Inc. Class A | B | Int./Div. | L | T | | | | | |
| 7. Washington Mutual Inv. Fund Inc. Class A | C | Dividend | M | T | | | | | |
| 8. Capital World Growth and Income Fund Inc. | C | Int./Div. | L | T | | | | | |
| 9. New World Fund Inc. Class A | B | Int./Div. | L | T | | | | | |
| 10. Pace Money Market Investments Fund Class P | A | Int./Div. | | | Sold | 03/23/15 | K | | |
| 11. Royce Premier Fund | D | Int./Div. | | | Sold | 01/28/15 | K | | |
| 12. Oakmark Equity and Income Fund Class 1 | D | Int./Div. | K | T | | | | | |
| 13. AMCAP Fund Inc., Class A | B | Int./Div. | K | T | | | | | |
| 14. New Economy Fund Class A | C | Int./Div. | L | T | | | | | |
| 15. JP Morgan Large Cap Growth Fund Class A | C | Int./Div. | | | Sold | 07/10/15 | L | | |
| 16. Franklin Templeton Global Bond Fund Class A | C | Int./Div. | | | Sold | 03/23/15 | K | | |
| 17. Loomis Sayles Strategic Income Fund | D | Int./Div. | | | Sold | 10/23/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pimco All Assets Auth A | B | Int./Div. | | | Sold | 01/28/15 | K | | |
| 19. First Eagle Global Fund Class A | D | Int./Div. | L | T | | | | | |
| 20. American Mutual Class A | C | Int./Div. | L | T | | | | | |
| 21. Fundamental Investors Class A | B | Int./Div. | L | T | | | | | |
| 22. Yachtman Fund Service | D | Int./Div. | | | Sold | 07/10/15 | L | | |
| 23. Allianz AGIC Income & Growth Fund Class A | D | Int./Div. | | | Sold | 03/23/15 | L | | |
| 24. Prudential Jennison Mid-Cap Growth Fund, Inc. Class A | B | Int./Div. | | | Sold | 01/28/15 | L | | |
| 25. Thornburg Developing World Fund Class A | C | Int./Div. | | | Sold | 04/09/15 | L | | |
| 26. Transparent Value Directional Allocation Fund Class A | D | Int./Div. | | | Sold | 05/12/15 | L | | |
| 27. Black Rock High Yield Bond A | B | Int./Div. | | | Sold | 10/22/15 | L | | |
| 28. John Hancock Strategic Strategic Income Opp Class A | A | Int./Div. | J | T | | | | | |
| 29. Pimco Income Fund Class A | A | Int./Div. | L | T | | | | | |
| 30. Invesco Balanced Risk Allocation Fund A | A | Int./Div. | | | Sold | 01/28/15 | K | | |
| 31. J P Morgan Income Builder Class A | B | Int./Div. | | | Sold | 03/10/15 | K | | |
| 32. Davenpoirt Equity Opps | A | Int./Div. | J | T | | | | | |
| 33. Advisory Research ULP & Energy Income Fund Class A | A | Int./Div. | | | Sold | 01/28/15 | J | | |
| 34. Pimco Fundamental Plu AR Fund Class P | A | Int./Div. | | | Sold | 01/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Growth Fund of America Class A | D | Dividend | M | T | | | | | |
| 36. Blackrock Strategic Income I | B | Dividend | J | T | Buy | 09/15/15 | J | | |
| 37. Cohen and Steers Preferred Fund I | B | Dividend | K | T | Buy | 09/15/15 | K | | |
| 38. Pimco Diversified Income Fund Class P | B | Dividend | J | T | Buy | 07/10/15 | J | | |
| 39. IShares Russell 2000 ETF | A | Dividend | K | T | Buy | 01/28/15 | J | | |
| 40. IShares Russell 1000 Growth | A | Dividend | K | T | Buy | 01/28/15 | K | | |
| 41. I Shares Russell 1000 Value ETF | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 42. ISHares Russell Mid-Cap Growth | A | Dividend | K | T | Buy | 01/28/15 | K | | |
| 43. Cmabiar International Equity | C | Dividend | L | T | Buy | 10/23/15 | L | | |
| 44. Cohen and Steers Real Estate Securities Fund Class I | B | Dividend | K | T | Buy | 09/02/15 | K | | |
| 45. T Rowe Price Global Tech Fund | B | Dividend | K | T | Buy | 10/23/15 | K | | |
| 46. Invesco Floating rate Class Fund I | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 47. Pimco Income Fund Class P | D | Dividend | L | T | Buy | 01/28/15 | L | | |
| 48. Davenport Value and Income Fund | C | Dividend | M | T | Buy | 01/28/15 | M | | |
| 49. Accenture | A | Dividend | J | T | Buy | 11/17/15 | J | | |
| 50. Alphabet Inc | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 51. Ameriprise | A | Dividend | J | T | Buy | 10/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Apple Inc | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 53. Becton Dickinson and Co | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 54. Boeing Comppaqy | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 55. Cognizant Tech Solutions | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 56. Colgate Palmolive | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 57. Comcast Corp | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 58. CVS Health Corp | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 59. Danaher Corp | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 60. Ecolab Inc | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 61. Facebook Inc Class A | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 62. Hilton Worldwide Holdings Inc. | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 63. Home Depot Inc | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 64. Honeywell Inc | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 65. Illinois Tool Works | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 66. Intercontinental Exchange Group | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 67. Invesco Lts. | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 68. McKesson Corp | A | Dividend | J | T | Buy | 10/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Santoro, Frank J. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Medtronic | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 70. | Mylan NV Eur | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 71. | OReilly Automotive | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 72. | Paraxel International Corp | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 73. | Red Hat | A | Dividend | J | T | Buy | 11/17/15 | J | | |
| 74. | Rockwell Collins | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 75. | Rockwell Automation Inc | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 76. | Starbucks Corp | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 77. | Thermo Fisher Scientific Inc | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 78. | Time Warner Inc | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 79. | TJX Companies Inc | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 80. | United technologies | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 81. | | | | | | | | | | |
| 82. | | | | | | | | | | |
| 83. | | | | | | | | | | |
| 84. | | | | | | | | | | |
| 85. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Holdings in lines 6, 7, 8, 9, 13, 14, 20, 21, 32, and 48 are mutual funds maintained at Davenport and Company

Holdings in lines 12, 19, 28, 29, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, and 47 are mutual funds maintained at UBS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank J. Santoro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544